UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23 MJ 3174 (KPB) |
| Plaintiff, | |
| -against- | **ORDER OF DISMISSAL** |
| Niagel S. Knox | |
| Defendant. | |

-----------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

*/s/ Kim Berg*
Hon. Kim P. Berg,
United States Magistrate Judge

Dated:     6    day of   October   , 20 23
Poughkeepsie, New York